James G. Dahlgren, M.D.

Santa Monica, CA

October 4, 2006

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

----------------------------------X

JUDE GUIDRY, ET AL.,                    :

            Plaintiff,               :

    vs.                                 :    No. 03-936

SOUTHERN PETROLEUM LABORATORIES,:

ET AL.,                                 :

           Defendants.              :

----------------------------------X

                Los Angeles, California

                Wednesday, October 4, 2006

                Deposition of JAMES G. DAHLGREN, M.D., a

witness herein, called for examination by counsel for

Defendant Dupont, in the above-entitled matter,

pursuant to notice, taken at 2811 Wilshire Boulevard,

Suite 510, Santa Monica, California, 90403, beginning

at 10:10 a.m. and ending at 5:05 p.m. on Wednesday,

October 4, 2006, before Marceline F. Noble, RPR, CRR,

Certified Shorthand Reporter No. 3024.

PLAINTIFF'S EXHIBIT
B
Blumberg No. 5118

CERTIFIED COPY

James G. Dahlgren, M.D.                                    October 4, 2006
Santa Monica, CA

Page 37

Q.    Have you also had either patients or cases in which a person has claimed to have developed a peripheral neuropathy as a result of chemicals?

A.    Many of them.

Q.    Okay.  And have you identified specific chemicals that you believe have caused a peripheral neuropathy?

A.    Sure.  Absolutely.

Q.    Have those generally fallen into the category the solvents?

A.    Solvents and organophosphate pesticides are the two biggest categories that have resulted in peripheral neuropathy in my practice over the years.

And heavy metals, lead being the most important is also a major category that results in peripheral neuropathy.

I'm trying to remember who else there might be.  N-hexane is, I think, the one that has been the most frequent of pending agent where we -- just in the category of solvents but we're in the area specifically of peripheral neuropathy is a major presenting complaint.

Q.    All right.  And has a lot of the literature also on chemicals of peripheral neuropathy involved glue sniffers?

Case 3:03-cv-00936-JJB-SCR     Document 148-9     05/29/07     Page 3 of 21

James G. Dahlgren, M.D.                                    October 4, 2006

Santa Monica, CA

distinguish it from -- from water, once it gets into the body it tends to disrupt lipid membranes in the cell wall and it's that characteristic which makes it capable of causing damage to the peripheral and central nervous system.

So I think it's generally accepted that some organic solvents are particularly prone to cause peripheral neuropathy for reasons that haven't been clarified. Like n-hexane and MIBK, both of which -- a metabolite called hexadiyne 24 or 25, I'd have to look and see, but one of those two.

That particular metabolite happens to be a very potent neurotoxin, so that's gotten a lot of attention. But all of the organic solvents have been shown to have some degree of neurotoxicity. I don't think there's any exception since they've all been shown in high doses in animal studies and so on to -- to effect the nervous system.

The issue is really one of dose. As I say, that hexane, for example, is capable of causing peripheral or central nervous system effect at lower doses say than, you know, let's say toluene or xylene or trichlorethylene or any of the other chemicals would have which have been shown to have this effect individually.

Case 3:03-cv-00936-JJB-SCR    Document 148-9    05/29/07    Page 4 of 21

on redirect that Mr. Schirrmeister didn't cover first. So if we get repetitive, just let me know but I'll try my best not to do that.

First of all, before we go any further, I want -- so I can have it identified -- what specific chemicals do you have an opinion caused or contributed to the symptoms Mr. Guidry is suing for in this litigation.

Just identify each one so I'll know which ones we have to talk about later.

A.    Naphtha, benzene and N-hexane are the three that I would focus upon.  The -- and the fourth is a more general category would be the other aromatics like toluene, xylene, other aliphatics, which would fall into the category of organic solvents in general which contributed to the neurologic effects.

Q.    Are you saying that your -- you're making an opinion, you have formed an opinion that other aromatics have caused or contributed to Mr. Guidry's symptoms?

A.    Yes.  As I just stated, the neurological aspects of his symptoms would be attributable --

Q.    What --

A.    -- to, if you will, the aromatic and the aliphatic hydrocarbons that -- not specifically

James G. Dahlgren, M.D.                                            October 4, 2006
Santa Monica, CA

Page 74

benzene or N-hexane, those two we have specific information about their toxicity to the nervous system and to the immune system; whereas naphtha and then the other organic solvents that are contained in that are, I believe, have been identified and studied and been shown to be responsible for neurologic injury.

Not so much immune system dysfunction, where -- but the two specific, benzene and N-hexane have been shown to alter the immune system in such a way to increase the likelihood of the growth of a virus in the liver.

Q.   Getting back to Mr. Guidry, could you please describe for me what he actually did as part of his job.

A.   Well, I guess I'll refer to my notes here and my report to try to answer that question.  I've got to take a break and get my glasses.  I left it in my coat.

Q.   All right.

(Off record.)

MR. FARNET:  Back on.

THE WITNESS:  I did also find my notes about the deposition.

BY MR. FARNET:

Q.   Where are those notes?

James G. Dahlgren, M.D.    October 4, 2006
Santa Monica, CA

Page 118

Do you see that?

A.    Yes, I do.

Q.    Do you agree or disagree with that?

A.    No.  It speaks for itself.  These are the case reports that have been -- that are in the literature. We don't have all of them in this bibliography, but we have a few.

Q.    Okay.  So you don't -- so you do not dispute that statement --

A.    No.

Q.    -- correct?

A.    No, I did not dispute that statement.  I think that is factually true, there are these reports in the literature.

Q.    And the next page S 130, left-hand side, first full paragraph, I think it makes the point we just stated but I want to make sure that we're clear, "Peripheral nervous system involvement has also been reported in HCV infected patients who have been persistently negative for mixed cryoglobulinemia."

Do you see that?

A.    Uh-huh.  Correct.  And there's four references for that.

Q.    Exactly.  So that means you can have a patient that does not have the cryoglobulinemia, but the

James G. Dahlgren, M.D.                                    October 4, 2006
Santa Monica, CA

Page 119

hepatitis C virus itself is associated with peripheral

neuropathies; correct?

A.    Yes.  We already -- we agreed with that

earlier in the earlier question asked.

Q.    They also talked about, if you go down to the

next paragraph, "You could also have new onset or

worsening of neuropathy after treatment with

Interferon A and HCV infected patients."

Do you see that?

A.    Correct.

Q.    And you agree with that?

A.    I referred to that a minute ago, yes.

Q.    "So there are two ways that a person who has

hepatitis C can have peripheral neuropathy:  One, the

virus itself can be doing it in either one of two

ways, cryoglobulinemia or not, or the medications the

patient is taking for the hepatitis C can cause the

peripheral neuropathy."

Would you agree with that?

A.    Yes.  I already stated that.

Q.    If you go to page S 131, left-hand side, go

down about right below where you have that heading

"Central Nervous System Manifestations" --

A.    Uh-huh.

Q.    -- do you see that, Doctor?

James G. Dahlgren, M.D.                                      October 4, 2006

Santa Monica, CA

Page 132

A.    Possible, sure.

Q.    Best way to find that out --

A.    Medical records.

Q.    -- would be to go look at the medical records; correct?

A.    I would agree.

Q.    Okay.  Let's talk a little bit about peripheral neuropathies that may be induced by toxic exposures.  And just so we can get terminology clear, when I say "toxic," I'm not referring to medication, although some people would call that a toxic as well.

A.    It is a toxic.

Q.    It is a toxic exposure.  I want to talk about chemicals.

A.    Other chemicals that have been associated with peripheral neuropathy.

Q.    Right.

      Is it usual -- well, with peripheral neuropathies caused by toxic exposure, do the symptoms usually improve after the patient is removed from the toxic exposures?

A.    No.  They usually don't progress, but they usually don't get better either.

      It may depend a little bit on the stage they're at, and there can be some recovery from

James G. Dahlgren, M.D.                                        October 4, 2006
                          Santa Monica, CA

                                                              Page 145

A.    -- the commonest area where you see the symptoms.

Q.    What are you basing your understanding that Mr. Guidry had a symmetrical sensory motoneuropathy on?

A.    His history.

Q.    His history.

A.    He describes and I think I just indicated to you that Dr. Shamsnia has also done some studies on him to show that.

Q.    Okay.

A.    The paper by Kurihara describes the pathological findings in hexane neuropathy.

Q.    Okay.  Could you spell that?

A.    K-u-r-i-h-a-r-a, 1986.

Q.    K-u-r-i?

A.    H-a -- H-a-r-a.  1986 B.

Q.    Okay.  All right.  Is -- is N-hexane metabolized in the body?

A.    Yes.

Q.    Okay.  Where in the body?

A.    Probably in the liver.

Q.    Is it the N-hexane itself or is it a metabolite of the N-hexane that doctors believe causes the peripheral neuropathy?

James G. Dahlgren, M.D.                                      October 4, 2006
                        Santa Monica, CA

Page 146

A.    Metabolite.

Q.    Is there any way to test for that metabolite?

A.    Yes.  It can be measured in the urine.

Q.    Did you --

A.    Or I suppose the blood, too, but it's usually measured in the urine.

Q.    Are there any blood tests or urine tests for Mr. Guidry that show the presence of this metabolite?

A.    It would have to be done at the time of exposure.  It doesn't persist.  It's only present for a day or two after exposure.

Q.    So once the metabolite is gone, the neuropathy should also improve; correct?

A.    Depends on the severity.  I think we just reviewed with Dr. Chang that the mild cases can improve significantly, the more severe cases do not.

And as I've also indicated, the central nervous system changes tend to not improve very much, if at all.

Q.    Central nervous system.  Well, let's talk a little about central nervous system.

A.    Uh-huh.

Q.    Isn't it true that there's not -- medical science has not recognized a causative link between long term low level organic solvent exposures and

James G. Dahlgren, M.D.

Santa Monica, CA

October 4, 2006

Page 147

central nervous system injury?

A.    No.   I think it's well recognized and well accepted that the chronic level of exposure to organic solvents causes brain injury.   I didn't put all of the papers --

Q.    Long term low level?

A.    Yes.

Q.    Okay.   What paper --

A.    Well, I've got one or two in here that talk about that.   Sebbalanien here -- S-e-b-b-a-l-a-n-i-e-n, you know, this one is mainly -- this paper, I thought I gave you the paper that talked about -- well --

Q.    Well --

A.    There are several other papers in here that talk about occupational exposure to organic solvents. There's U 2004.

Q.    You did give me a paper by --

A.    Paper by --

Q.    -- Grasso.

A.    There's several papers in here that talk about that.

Q.    Look at the paper by Grasso, please, called "Neurotoxic and Neurobehavioral Effects of Organic Solvents on the Nervous System."

James G. Dahlgren, M.D.                                October 4, 2006
Santa Monica, CA

Page 149

exposures that have been described in all of these papers are probably at the least months and in most cases years of exposure.

So there is a buildup effect that occurs. So in that sense it's more harmful to be exposed for 20 years than it is for one year.

Q.   Can you give me some authoritative references for the proposition -- and again let's limit it to the organic solvents -- that their effects -- their effects are cumulative on the nervous system?

A.   The -- some of these papers -- I have to look at each one to give you the exact reference -- but several of the papers make the point that original studies that Sebbalanien and others did in Scandinavia found that it took about ten years of exposure for the central nervous system effects to occur and be permanent.

Now, that was with painters who were exposed below the threshold limit values.  But that early observation is -- is held up pretty well that it takes a number of years of exposure to low levels before you see permanent effect on the brain.

Q.   Now, let's talk about painters.  Their occupation.  What is your understanding of the -- the extent of their exposures?  How frequently and what

James G. Dahlgren, M.D.

Santa Monica, CA

October 4, 2006

Page 152

don't think it's potent cause, takes a bigger dose of benzene, relatively speaking, than N-hexane or MIBK. It's capable of damaging the peripheral nerves but it's -- I think if you -- if you were to look at the data on organic solvents, biggest impact is usually on the central nervous system of these class of compounds and less on the peripheral nervous system.

Q.    For benzene or all of the --

A.    All of the aromatic hydrocarbons.

Q.    Of which benzene is one?

A.    Of which benzene is one. And I think we talked about toluene, which is probably the most well studied of the aromatics in terms of it's effect on the nervous system. Most of those patients seem to have predominantly central nervous system effects as opposed to peripheral.

Q.    Are there any human studies showing liver damage as a result of benzene exposure?

A.    No.

Q.    Okay.

A.    Not that I'm aware of.

Q.    Same question as to N-hexane exposure?

A.    I'm not aware of any liver effects of N-hexane that's been documented.

Q.    What about --

James G. Dahlgren, M.D.                                    October 4, 2006
                        Santa Monica, CA

Page 165

Q.    Back to your two reports you have, May 15, '04 and September 8 of '06.

A.    Okay.

Q.    Do you have those?  Do you have those in front of you, Doctor?

A.    Yes.

Q.    All right.  And let me just ask maybe a more general question.

What -- specifically what is it that you are saying occupational chemical exposures caused in Mr. Guidry?

A.    Well, I think what happened here was that he contracted the hepatitis at some point in his -- hepatitis C at some point in his life.  We don't know when.  We don't know how.  He's in that category of, you know, uncertain transmission.

And he probably experienced sufficient exposure to N-hexane, benzene and possibly the other chemicals that were present, but those two we know have an adverse effect on the immune system, thus making it more likely that his hepatitis C would become active, it would make -- it would impair his immune system from fighting off and keeping the virus under control.

It's similar to what has been shown

James G. Dahlgren, M.D.                                          October 4, 2006

Santa Monica, CA

Page 166

repeatedly in people who drink alcohol and have hepatitis C, they experience a higher viral load of increasing risk of fibrosis and progression of the disease.

And that in addition to that, along with his hepatitis C and whatever mechanism it has of affecting the nervous system, there was a magnification of that nervous system effect from chemicals to which he was exposed, which are known to be neurotoxic damaging both his central and peripheral nervous system. And so he had an unfortunate coming together of circumstances that led to his current health status which is he's quite ill, he's got severe nervous system problems, both central and peripheral, and actually the finding of the hyperreflexia and the pattern of his pain is really more indicative of an upper motor neuron and an upper brain effect leading to a thalamic brain -- brain-induced pain effect, which is why he doesn't seem to be responding to a lot of the medications that they gave to control pain and periphery because it's central pain.

And that's really -- you know, the doctors have called him peripheral neuropathy. He does have some signs and findings of peripheral neuropathy, but the pattern of his overall health problems is more, in

James G. Dahlgren, M.D.                                    October 4, 2006
Santa Monica, CA

Page 168

A.    No.   No.   I'm saying --

Q.    Well, tell me everything objectively in the record.

A.    There's nothing else in the record that objectivity shows his immune system has been poisoned, but if I were to have drawn some studies on him it wouldn't have been particularly helpful because hepatitis -- the treatment that he's had for hepatitis affects and stimulates and alters the immune system study, so at this point really can't do much in the way of studies.

But if -- if you follow the literature on benzene and it's clear that one of the things that happens is the white count goes down and he's got that, so that's an objective finding that's consistent with poisoning the immune system.

Q.    But that white count going down can be caused by other things that we know he has also, correct?

A.    No.   Stimulates -- the Interferon stimulates the immune system.   It doesn't cause low white count.

Q.    Is it your testimony that there's nothing else in this man's clinical history that could explain having a lower white blood cell count?

A.    Not that I'm aware of.   That's not been associated with hepatitis C as far as I know and not

James G. Dahlgren, M.D.                                    October 4, 2006
Santa Monica, CA

Page 170

well documented in the literature of the hepatitis C patients.

And it's the same mechanism.  Alcohol is an organic solvent.  It's ethyl alcohol.  It's used in the laboratory as a great solvent.  It's quite effective in that regard.  And its side effects, one of them is to increase the severity and progression of hepatitis C.

And by analogy, that would be true for these other organic solvents that we've been talking about, but I'm particularly focused on benzene because of the studies in animals and much more limited to the extent to humans that have indicated the impairment in the immune system.  And n-hexane has also been shown to impair the immune system of humans as well as animals.

So that these chemicals are the most likely candidate for why this young man developed the disease that he did at the severity that it's been and particularly the combination of factors has led to the, I think, a much worse type of nervous system problem than would have been the case absent those exposures.

Q.    Are you saying that it is -- let's take the example of alcohol.  You have people who drink alcohol

James G. Dahlgren, M.D.

October 4, 2006

Santa Monica, CA

Page 176

adversely, which are known to affect the immune system adversely.  He then contracts a disease which is involves the nervous system as a major complication. Not everybody with hepatitis C gets -- gets the pattern of illness that he has.

And it's entirely consistent with interaction with the hepatitis C and his exposure to these chemicals that's led to the clinical picture that he has.

Q.    I don't see any reference in either of your reports to thalamic pain induced --

A.    Thalamic pain -- yeah.  I asked Dr. Rosenfeld about that, it's a --

Q.    It's not in your report, is it?

A.    No.

Q.    Either of your two reports?

A.    I didn't mention it in either of the reports. But that's -- it's a hard diagnosis to make because there's no objective tests for it.  It's mainly a clinical impression type diagnosis.

Q.    Who -- what type of specialist would make that diagnosis?

A.    Most likely a neurologist would be the one to make that diagnosis.

Q.    And you are not a neurologist; correct?

James G. Dahlgren, M.D.                                    October 4, 2006
                           Santa Monica, CA

                                                          Page 177

A.   No.  I've already said that.

Q.   You have not had any training in neurology,

either a fellowship or an internship in neurology;

correct?

A.   No.  Just the neurology that's just been a

part of my training.

Q.   Part of your internal medicine training?

A.   Yes.  Correct.

Q.   We'll -- do you need to take a short break?

A.   Yeah.  Let's take a short break.

          (Short recess.)

BY MR. FARNET:

Q.   Okay.  During the break, Doctor, you were

looking at some binders in your shelves here in your

office.  What were you looking at?

A.   Oh, I was looking to see if I could find the

O.S.H.A. level for N-hexane.  The ACGIH is 50 PPM for

hexane and it's also has a biological exposure index

of 0.2 or 4 -- 0.4 milligrams per liter for 2, 5

N-hexanedione is the biological exposure index.

          O.S.H.A. has not apparently adopted either.

It's still 500 -- 500 was the value back in 1948

before they learned that it caused peripheral

neuropathy.  Apparently O.S.H.A. didn't change its

standard since 1970 when they adopted all of the ACGIH

James G. Dahlgren, M.D.                                October 4, 2006
Santa Monica, CA

Page 231

causation due to his lack of information on issues of

dose with respect to this particular individual.

MR. SALVAGGIO:  I just gave him information

with regard to dose.

MR. FARNET:  I'm preserving my objection.

MR. SALVAGGIO:  I understand.

MS. SHELBY:  I would also second that

objection and also add that there's lack of

information with respect to the air conditions and all

of the --

MR. SALVAGGIO:  Well, let's say it's an

open air clear day.

MR. FARNET:  What's the wind?

MR. SALVAGGIO:  No wind.

MS. SHELBY:  Humidity?  Humidity?

MR. SALVAGGIO:  80 percent humidity.

Q.   The point here is that the occurrences

occurred over 15 or 18 years.  Based on that

information, to a reasonable degree of medical

certainty, would you say that these exposures were a

significant causational effect in his progression of

his hepatitis C and the subsequent effects thereafter?

A.   Yes.  I -- I think that the chronic level of

exposure and there may be even some punctuated high

level exposures that you're now discussing with rapid

James G. Dahlgren, M.D.                                    October 4, 2006
Santa Monica, CA

Page 232

release of material which would create a cloud, those types of exposures are exactly what has been shown in the literature to lead to the effects of decreased immune system function and decreased nervous system function.

Both organ systems are much more sensitive to low level chronic exposure and that's why I have the opinion that his condition has been aggravated by the exposures.

Q.   Doctor, didn't you have previous historical presentation of Jude telling you that they emptied this material into a five-by-five pit?

A.   Yeah.  What I think he said in the first report when you gave me that history was that they would open the lines and the product would bleed into a pit.

Q.   So based on that information, would you then consider that to be enough chemical exposure to possibly overwhelm the mask?

A.   Yes, that's what we just said.  When you have a cloud like that created by a rapid release, then that's just not low level exposure, that's high level exposure and it could overwhelm and very likely overwhelm a filter type mask.

MR. SALVAGGIO:  Okay.  Doctor, that's all