UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JUDE GUIDRY, INDIVIDUALLY AND ON
BEHALF OF HIS MINOR CHILD LEXI GUIDRY,
MELISSA GUIDRY WIFE OF JUDE GUIDRY
AND JORDY JUDE GUIDRY

VERSUS

SOUTHERN PETROLEUM LABORATORIES,
EXXON MOBIL CORPORATION, SHELL OIL
COMPANY AND ITS SUBSIDIARY SHELL
NORCO REFINING COMPANY, E.I. DUPONT
DE NEMOURS AND COMPANY, MARATHON
PETROLEUM COMPANY AND GULF LIQUIDS,
LLC

FILED
U.S. DIST COURT

2007 DEC 12  P 2: 44

CIVIL ACTION

NO. 03-936-JJB-SCR

## JUDGMENT

With all of the claims against the other defendants being dismissed and for written reasons assigned,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendant, Exxon Mobil Corporation, and against plaintiffs Jude Guidry et al., and this action is hereby dismissed.

Baton Rouge, Louisiana, December 2t, 2007.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA